# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| JACKIE DIANE ALLEN, and | § | |
| RICHARD B. TOBIAS, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:06-CV-1361-M (BH) |
| | § | |
| DAVID TRAVIS, ANTHONY W. | § | |
| SCHWIGER, and KEN PRICE, | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, & RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, & Recommendation of the United States Magistrate Judge on Defendant David Travis's *Motion to Dismiss*, filed September 27, 2007. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, & Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, & Recommendation of the United States Magistrate Judge.

Defendant Travis's *Motion to Dismiss*, filed September 27, 2007, is **GRANTED**. All of Plaintiffs' claims against Defendant Travis are **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 12(b)(1).

SIGNED this 24th day of April, 2008.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS