IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JACKIE DIANE ALLEN and<br>RICHARD TOBIAS,<br><br>    Plaintiffs,<br><br>v.<br><br>DAVID TRAVIS and KENNETH PRICE,<br><br>    Defendants. | §§§§§§§§§§§ | Civil Action No. 3:06-CV-1361-M (BH) |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS & RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, & Recommendation of the United States Magistrate Judge on *Defendant Kenneth Price's Motion for Judgment on the Pleadings*, filed April 3, 2008. Objections were filed, and the District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, & Recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions, & Recommendation of the United States Magistrate Judge.

*Defendant Kenneth Price's Motion for Judgment on the Pleadings* is **GRANTED** in part. Plaintiffs' second, third and fourth claims against him are **DISMISSED** with **prejudice**.

*Defendant Kenneth Price's Motion for Judgment on the Pleadings* is **DENIED** as to Tobias's first claim for denial of his right of access to the Courts.

SIGNED this 10th day of October, 2008.

_____
**BARBARA M. G. LYNN**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**