IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **RICHARD B. TOBIAS,** § | |
| Plaintiff, § | |
| § | |
| v. § | No. 3:06-CV-1361-M |
| § | |
| **KEN PRICE,** *Courtroom Security Officer*, § | |
| Defendant. § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS & RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, & Recommendation of the United States Magistrate on *Defendant Kenneth Price's Motion For Summary Judgment* filed July 22, 2009, and a motion for contempt and motions for summary judgment contained within *Plaintiff Tobias' Response to Defendant Price' [sic] Motion for Summary Judgment*, filed August 10, 2009. Objections were filed, and the District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, & Recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions, & Recommendation of the United States Magistrate Judge.

*Defendant Kenneth Price's Motion For Summary Judgment* filed July 22, 2009, (doc. 64) is **GRANTED**. The motions for contempt and for summary judgment contained within the Tobias response (doc. 73) are hereby **DENIED**, and Plaintiff's Supplemental Declaration filed on October 23, 2009, is stricken as untimely.

SIGNED this 4th day of November, 2009.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS