IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JACKIE DIANE ALLEN and § <br> RICHARD B. TOBIAS, § <br> § <br> Plaintiffs, § <br> § <br> § Civil Action No. 3:06-CV-1361-M (BH) <br> v. § <br> § <br> KEN PRICE, § <br> § <br> Defendant. § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the objections to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Taxable costs are hereby assessed against Plaintiff and in favor of Defendant in the amount of $557.70. Plaintiff's request to recover his own costs is DENIED.

**SO ORDERED** this 19th day of February, 2010.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS